IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RHONDA LASHAWN GRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Deputy ) | |
| Commissioner of Operations ) | |
| performing the duties and functions ) | |
| not reserved to the Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:17-CV-03460-C-BT |

## ORDER

The Court considered the Findings, Conclusions, and Recommendation entered by the Magistrate Judge on April 19, 2018, along with Defendant's Unopposed Motion for Remand, filed April 17, 2018. The Court finds that the Findings, Conclusions, and Recommendation should be **ADOPTED** and the Motion to Remand should be **GRANTED**.

Accordingly, the Court ORDERS that this case be **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g), for further adjudication consistent with the content of Defendant's Motion.

Dated this 20th day of April, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE